JACK A. KLAUSCHIE, JR. (SBN 94029)
MATHENY SEARS LINKERT & LONG LLP
3638 American River Drive
Post Office Box 13711
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mlr:3592196.415227.1

Attorneys for Plaintiff
CEC ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEC ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., <br><br> Defendants. | Case No. 2:06-CV-00639 DFL PAN <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff CEC ENTERTAINMENT, INC. and Defendants KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., stipulate and agree that Defendants shall have up to and including July 24, 2006, in which to file an answer or otherwise respond to the Complaint herein.

////
////
////
////
////
////
////
////

**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**                                     -1-

The Defendants request this extension of time to attempt resolve the matter informally without incurring legal costs.

Dated: June 15, 2006					MATHENY SEARS LINKERT & LONG LLP


							By: s/s Jack A. Klauschie, Jr.
							JACK A. KLAUSCHIE, JR.
							Attorney for Plaintiff
							CEC ENTERTAINMENT, INC.

Dated: June 14, 2006					TRAINOR ROBERTSON


							By: s/s Daniel M. Steinberg
							DANIEL M. STEINBERG
							Attorney for Defendants
							KOBRA PROPERTIES and
							STONEGATE CONSTRUCTION

## ORDER

Pursuant to the stipulation of the parties it is ordered that Defendants KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., shall have up to and including July 24, 2006, in which to file and serve an answer or otherwise respond to the Complaint herein.

Dated: June 26, 2006

							_____
							DAVID F. LEVI
							United States District Judge

**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**                                           -2-