Law Offices of
MATHENY SEARS LINKERT & LONG, LLP
JACK A. KLAUSCHIE, JR. (SBN 094029)
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Telephone (916) 978-3434
Facsimile (916) 978-3430

Attorneys for Plaintiff
**CEC ENTERTAINMENT, INC.**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEC ENTERTAINMENT, INC., | CASE NO.  2:06-CV-00639 DFL PAN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC. | |
| Defendants. | |

Plaintiff CEC ENTERTAINMENT, INC. and Defendants KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., stipulate and agree that Defendants shall have up to and including August 11, 2006, in which to file an answer or otherwise respond to the Complaint herewith.

//
//
//
//
//
//

1

*STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT*

The Defendants request this extension of time to attempt to resolve the matter informally without incurring legal costs.

DATED: August 2, 2006     MATHENY SEARS LINKERT & LONG

By: /s/ Jack A. Klauschie, Jr.
JACK A. KLAUSCHIE, JR.
Attorney for Plaintiff,
CEC ENTERTAINMENT, INC.

DATED: August 2, 2006     TRAINOR FAIRBROOK

By: s/s Daniel M. Steinberg
DANIEL M. STEINBERG
Attorney for Defendants,
KOBRA PROPERTIES and
STONEGATE CONSTRUCTION

## **ORDER**

Pursuant to the stipulation of the parties it is ordered that Defendants KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., shall have up to and including August 11, 2006, in which to file and serve an answer or otherwise respond to the Complaint herein.

Dated: August 2, 2006

DAVID F. LEVI
United States District Judge

2

*STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT*