1  TIMOTHY L. PIERCE (CSB # 141170)
   DEIRDRE M. DIGRANDE (CSB #199766)
2  KIRKPATRICK & LOCKHART PRESTON GATE ELLIS, LLP
   55 Second Street, Suite 1700
3  San Francisco, CA  94105-3493                    **OK/HAV**
   Telephone:  (415) 882-8200
4  Facsimile:  (415) 882-8220
   timothy.pierce@klgates.com
5  deirdre.digrande@klgates.com

6  Attorneys for Third Party Defendant
   PARKWAY CONSTRUCTION &
7  ASSOCIATES, L.P.

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 CEC ENTERTAINMENT, INC.              Case No. 2:06-CV-00639-DFL-EFB

13              Plaintiff,
                                        **STIPULATION TO WITHDRAW MOTION
14      v.                              BY THIRD PARTY DEFENDANT
                                        PARKWAY CONSTRUCTION &
15 KOBRA PROPERTIES and STONEGATE       ASSOCIATES, L.P. FOR SUMMARY
   CONSTRUCTION, INC.,                  JUDGMENT ON THIRD PARTY
16                                      COMPLAINT OF STONEGATE
                Defendants.             CONSTRUCTION INC.**
17

18 AND RELATED THIRD PARTY ACTION       Discovery Cut-Off:  May 25, 2007
                                        Trial Date:  October 29, 2007
19

20      IT IS HEREBY STIPULATED by and between defendant and third party plaintiff

21 STONEGATE CONSTRUCTION, INC. ("Stonegate") and third party defendant PARKWAY

22 CONSTRUCTION & ASSOCIATES, L.P. ("Parkway"), through their undersigned counsel of

23 record, that Parkway may withdraw its Motion for Summary Judgment filed on April 11, 2007 and

24 refile it for hearing on May 23, 2007 or thereafter.

25      IT IS FURTHER HEREBY STIPULATED that Stonegate will accept service of the Motion

26 for Summary Judgment on 28-days' notice by electronic means only.

27      IT IS FURTHER HEREBY STIPULATED that Parkway will accept service of any

28 opposition to the Motion for Summary Judgment on 14-days' notice by electronic means only.

1   This Stipulation may be signed in counterpart copies, each of which shall be treated as an

2   original hereof.

3   The parties consent to the entry of an order by the Honorable David F. Levi consistent with

4   this Stipulation.

5

6   Dated:  April 19, 2007                            JACOBSON & MARKHAM LLP

7

8                                                     By  /s/ Patrick T. Markham
                                                        PATRICK T. MARKHAM
                                                        Attorneys for Defendant and Third Party
9                                                       Plaintiff STONEGATE CONSTRUCTION,
                                                        INC.
10

11

12  Dated:  April 26, 2007                            KIRKPATRICK & LOCKHART PRESTON GATES ELLIS

13

14                                                    By /s/    Deirdre M. Digrande
                                                        DEIRDRE M. DIGRANDE
                                                        Attorneys for PARKWAY CONSTRUCTION
15                                                      & ASSOCIATES, L.P.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**ORDER**</u>

2

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

3

4

Dated: April 26, 2007

5

/s/ David F. Levi _____

6

THE HON. DAVID F. LEVI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28