1 | **JACOBSON MARKHAM, L.L.P.**
Patrick T. Markham - Bar No.114542
2 | Richard M. Jacobson - Bar No. 114520
8950 Cal Center Drive, Suite 210
3 | Sacramento, California 95826
Telephone: (916) 854-5969
4 | Facsimile: (916) 854-5965

5 | Attorneys for
STONEGATE CONSTRUCTION, INC.
6 | KOBRA PROPERTIES, INC.

7 | **TRAINOR FAIRBROOK**
Gary M. Funamura-Bar No. 96490
8 | Daniel M. Steinberg-Bar No. 194948
980 Fulton Avenue
9 | Sacramento, California 95825-4558     OK/HAV
Telephone: (916) 929-7000
10 | Facsimile: (916) 929-7111

11 | Attorneys for
STONEGATE CONSTRUCTION, INC.
12 | KOBRA PROPERTIES INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEC ENTERTAINMENT, INC., | Case No. 2:06- CV-00639 DFL-EFB |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION TO AMEND PLEADINGS, SCHEDULING ORDER AND TRIAL DATE** |
| KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., | |
| Defendants. | |
| STONEGATE CONSTRUCTION, INC., | |
| Third Party Plaintiff, | |
| vs. | |
| CUSTOM SPRAY SYSTEMS, INC., RAUSCHENBACH, MARVELLI, BECKER & ASSOCIATES, and PARKWAY CONSTRUCTION & ASSOCIATES, L.P., | |
| Third Party Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to the Parties' stipulation to amend the pleadings, status (pre-trial scheduling order) and trial date, the Court orders the status (pre-trial scheduling order) be amended as follows:

1. The parties may amend their pleadings to join parties and amend claims. Plaintiff may amend its pleadings and such amendment shall be filed within 15 days of the entry of the order on this stipulation. Defendant, counter claimant and third party plaintiffs Kobra and Stonegate may amend their pleadings within 30 days of entry of the order on this stipulation. Third party defendants Custom Spray and Parkway may amend their pleadings within 45 days of entry of the order on this stipulation. Plaintiff shall have sixty (60) days from entry of the order on this stipulation to amend its pleadings and name any additional defendants brought in by any defendant or cross-defendant in this action. Each party shall file a responsive pleading to any amended pleading within fifteen (15) days of service by electronic transmission.

2. The following dates shall apply, and the existing dates shall be vacated to the extent they are inconsistent with the following:

| | |
|---|---|
| **Expert disclosure:** | **July 13, 2007** |
| **Supplemental expert disclosure:** | **July 20, 2007** |
| **Discovery cut off:** | **September 28, 2007** |
| **Filing date for dispositive motions:** | **November 11, 2007** |
| **Hearing date on any dispositive motion:** | **December 5, 2007** |
| **Joint pretrial statement:** | **January 16, 2008** |
| **Pretrial conference:** | **January 25, at 3:00 pm** |
| **Trial date:** | **March 3, 2008, at 9:00 am** |

3. Excepting written discovery propounded between and among the current parties to the action, documents discovery propounded to third parties, depositions on written questions and all other discovery is stayed until the newly-added parties have appeared in the action so such parties may

1  participate in the discovery.  Notwithstanding the foregoing, the stay will be in effect for no longer
2  than sixty (60) days from the date of the parties' stipulation.
3
4         IT IS SO ORDERED.
5
6         Dated: May 17, 2007
7
8                                            /s/ David F. Levi
                                             DAVID F. LEVI
9                                            United States District Judge