IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEC ENTERTAINMENT, INC.,

    Plaintiff,

  vs.                                  CIV-S-06-0639 RRB EFB

KOBRA PROPERTIES and
STONEGATE CONSTRUCTION, INC.,

    Defendants.
_____

KOBRA PROPERTIES and
STONEGATE CONSTRUCTION, INC.,

    Third-party Plaintiffs,                  <u>ORDER</u>

  vs.

CUSTOM SPRAY SYSTEMS, INC.; KODIAK
ROOFING & WATERPROOFING; VINTAGE
DRYWALL; and PARKWAY CONSTRUCTION
& ASSOCIATES, L.P.,

    Third-party Defendants.
_____/

    On July 9, 2007, third-party defendant Parkway Construction and Associates, L.P. ("Parkway") filed a motion to compel further responses to interrogatories served on third-party plaintiff Stonegate Construction, Inc. ("Stonegate"), and set the hearing for August 1, 2007. On July 10, 2007, the court ordered the parties to file a joint statement, pursuant to Local Rule 37-

1

1  251, by July 25, 2007.  On July 23, 2007, Parkway filed a request to continue the hearing, which
2  the court granted, continuing the hearing to September 5, 2007, and ordering the joint statement
3  to be filed by August 29, 2007.
4       When the parties failed to timely file the joint statement, court personnel contacted the
5  moving party, and counsel for Parkway indicated a desire to continue the hearing.  Court
6  personnel informed counsel of the procedures to effect that continuance.  As of the date of this
7  order, no joint statement has been filed, nor has any request to continue the hearing.
8  Accordingly, the September 5, 2007, hearing is vacated and both Parkway and Stonegate are
9  ordered to show cause within ten days from the date of service of this order, why sanctions
10 should not issue for failure to follow the Local Rules and orders of this court.  E.D. Cal. L.R. 11-
11 110.
12      SO ORDERED.
13 DATED: September 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2