1  TRAINOR FAIRBROOK
   GARY M. FUNAMURA (SBN 96490)
2  DANIEL M. STEINBERG (SBN 194948)
   980 Fulton Avenue
3  Sacramento, California  95825-4558
   Telephone:  (916) 929-7000
4  Facsimile:  (916) 929-7111

5  Attorneys for Defendants
   KOBRA PROPERTIES and STONEGATE
6  CONSTRUCTION, INC.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CEC ENTERTAINMENT, INC.,        | Case No.  2:06-CV-00639 RRB EFB
12 |        Plaintiff,               | **STIPULATION FOR KOBRA PROPERTIES' DISMISSAL OF COUNTERCLAIMS AGAINST CEC ENTERTAINMENT, INC. WITH PREJUDICE AND ORDER THEREON**
13 | v.                              |
14 | KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., |
15 |        Defendants.              | Second Amended Complaint Filed: June 1, 2007
16
17 | AND RELATED CROSS-ACTIONS.      |

18

19  TO THE COURT AND ALL PARTIES:

20      Pursuant to a Compromise, Settlement, and Partial Release Agreement between Plaintiff

21  CEC ENTERTAINMENT, INC. ("CEC") and Defendant/Counter-Claimant KOBRA

22  PROPERTIES ("Kobra"), the parties hereby request that the Court dismiss with prejudice the

23  following claims contained in KOBRA PROPERTIES' AMENDED COUNTERCLAIM

24  AGAINST CEC filed on June 15, 2007:

25      (1)   Kobra's Second Claim for Relief entitled "Breach of Contract by KOBRA against

26  CEC ENTERTAINMENT, INC"; and

27      (2)   Kobra's Third Claim for Relief entitled "Negligence by KOBRA against CEC."

28      Nothing in this Stipulation shall be construed to affect CEC's or Kobra's respective

---

**STIPULATION FOR KOBRA PROPERTIES' DISMISSAL OF COUNTERCLAIMS AGAINST CEC ENTERTAINMENT, INC. WITH PREJUDICE AND [PROPOSED] ORDER THEREON** [2:06-CV-00639 RRB EFB]                                              -1-

PDF created with pdfFactory trial version www.pdffactory.com

claims, counter-claims, and affirmative defenses not specifically dismissed herein.

Dated:  September 6, 2007          TRAINOR FAIRBROOK


By:/s/ Daniel M. Steinberg
   DANIEL M. STEINBERG
   Attorneys for Defendant/Cross-Claimant
   KOBRA PROPERTIES


Dated:  September 6, 2007          KANE RUSSELL COLEMAN & LOGAN PC


By:/s/ Boyd A. Mouse
   BOYD A. MOUSE
   Attorney for Plaintiff
   CEC ENTERTAINMENT, INC.

## ORDER

IT IS HEREBY ORDERED that pursuant to the parties' STIPULATION FOR KOBRA PROPERTIES' DISMISSAL OF COUNTERCLAIMS AGAINST CEC ENTERTAINMENT, INC. WITH PREJUDICE filed on September 7, 2007, the counterclaims for breach of contract (Second Claim for Relief) and negligence (Third Claim for Relief) asserted by KOBRA PROPERTIES against CEC ENTERTAINMENT, INC. in KOBRA PROPERTIES' AMENDED COUNTERCLAIM AGAINST CEC filed on June 15, 2007 are hereby dismissed with prejudice.

Dated:  September 10, 2007


/s/ Ralph R. Beistline

U. S. DISTRICT JUDGE

**STIPULATION FOR KOBRA PROPERTIES' DISMISSAL OF COUNTERCLAIMS AGAINST CEC ENTERTAINMENT, INC. WITH PREJUDICE AND [PROPOSED] ORDER THEREON** [2:06-CV-00639 RRB EFB]

-2-

PDF created with pdfFactory trial version www.pdffactory.com