IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEC ENTERTAINMENT, INC.,

    Plaintiff,　　　　　　　　　　No. CIV S-06-0639 RBB EFB

    vs.

KOBRA PROPERTIES, et al.,　　　　　<u>ORDER</u>

    Defendants.

    On September 4, 2007, this court issued an order directing third party defendant Parkway Construction and Assoicates, L.P. ("Parkway") and third party plaintiff Stonegate Construction, Inc. ("Stonegate") to show cause why sanctions should not issue for their failure to follow the Local Rules and orders of the court requiring a joint statement to be filed with respect to the parties' discovery dispute. The pending motion to compel filed by Parkway was subsequently withdrawn, and on September 12, 2007, counsel for both parties filed a joint response to the order to show cause. Good cause appearing, the order to show cause is hereby discharged.

    SO ORDERED.

DATED: September 24, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE