JORDAN A. RODMAN, ESQ. (Bar No. 173001)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone:   (707) 525-8999
Facsimile:    (707) 542-4752

JENNIFER H. ROSARIO, ESQ.  (Bar No. 240562)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 Venture Oaks Way, Suite 200
Sacramento, CA 95833-3500
Telephone:   (916) 564-5400
Facsimile:    (916) 564-5444

Attorneys for Third Party Defendant
VINTAGE DRYWALL, INC. (Erroneously
sued herein as VINTAGE DRYWALL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEC ENTERTAINMENT, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC.,<br><br>             Defendants.<br><br>AND RELATED COUNTER–CLAIMS. | CASE NO.:  2:06-CV-00639 RRB EFB<br><br>**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER** |

Pursuant to the stipulation amongst all parties to amend the Scheduling Order in this matter, and with good cause appearing, IT IS HEREBY ORDERED THE STATUS OF THIS CASE IS AMENDED AS FOLLOWS:

1.      The following dates shall apply, and all existing dates shall be vacated to the extent they are inconsistent with the following:

**Expert Disclosure:**                                                          **December 3, 2007**

**Supplemental Expert Disclosure:**                               **January 7, 2008**

- 1 -
**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| **Discovery Cut Off:** | **January 31, 2008** |
| **Filing Date for Dispositive Motions:** | **February 6, 2008** |
| **Hearing Date on any Dispositive Motion:** | **March 5, 2008, 10:00 a.m.** |
| **Joint Pretrial Statement:** | **April 9, 2008** |
| **Pretrial Conference:** | **April 16, 2008 4:00 p.m.** |
| **Trial Date:** | **May 27, 2008, 9:00 a.m.** |

2.   All other provisions of the May 18, 2007 Scheduling Order not inconsistent with the above dates are to remain in effect.

IT IS SO ORDERED.

Dated: October 15, 2007

>   */s/ Ralph R. Beistline*
>   RALPH R. BEISTLINE
>   United States District Judge

Daniel Crowley & Associates
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-8999

- 2 -

**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com