Law Office Of
**MATHENY SEARS LINKERT & LONG LLP**
JACK A. KLAUSCHIE, JR. (SBN 94029)
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95864
Telephone:   (916) 978.3434
Facsimile:   (916) 978.3430

**KANE RUSSELL COLEMAN & LOGAN PC**
MICHAEL A. LOGAN (Texas SBN 12497500)
BOYD A. MOUSE (Texas SBN 24003949)
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone:   (214) 777.4200
Facsimile:   (214) 777.4299

Attorneys for Plaintiff
**CEC ENTERTAINMENT, INC.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEC ENTERTAINMENT, INC., | CASE NO. 2:06-CV-00639-DFL-EFB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULING ORDER** |
| KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC. | |
| Defendants | |

The parties agree to request a new trial date and amend certain pre-trial deadlines in order to afford the parties more time to reconvene mediation, discuss settlement, and complete discovery in this case.

The parties hereby stipulate that the following dates and deadlines shall apply in this case:

---

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER – Page 1**   607745 v1 (01910.00023.000)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Discovery Cut Off: | May 30, 2008 |
| Filing Date for Dispositive Motions: | June 11, 2008 |
| Hearing Date on any Dispositive Motions: | July 9, 2008 at 10:00 a.m. |
| Joint Pretrial Statement: | August 1, 2008 |
| Pretrial Conference: | August 8, 2008 at 2:00 p.m. |
| Trial Date: | September 22, 2008 at 9:00 a.m. |

All other deadlines that have already expired in this case shall not be affected or revived by this Stipulation and Order.

SO STIPULATED:

/s/ - Boyd A. Mouse
Michael A. Logan,
Boyd A. Mouse
*Admitted Pro Hac Vice*
KANE RUSSELL COLEMAN & LOGAN PC


/s/ - Jack A. Klauschie, Jr.
Jack A. Klauschie Jr.
MATHENY SEARS LINKERT & LONG LLP

**ATTORNEYS FOR CEC ENTERTAINMENT INC.**


/s/ - Pat Markham
Pat Markham
JACOBSON MARKHAM, L.L.P.

**ATTORNEYS FOR KOBRA PROPERTIES AND STONEGATE CONSTRUCTION, INC.**

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER – Page 2**   607745 v1 (01910.00023.000)

PDF created with pdfFactory trial version www.pdffactory.com

/s/ - Matt Giampaoli
Matt Giampaoli
LAMORE, BRAZIER, RIDDLE & GIAMPAOLI

**ATTORNEYS FOR PARKWAY CONSTRUCTION & ASSOCIATES, L.P.**


/s/ - William K. Blakemore
William K. Blakemore
Jennifer H. Carroll
DONAHUE BATES BLAKEMORE & MACKEY

**ATTORNEYS FOR CUSTOM SPRAY SYSTEMS, INC.**


/s/ - Jordan A. Rodman
Jordan A. Rodman
DANIEL CROWLEY & ASSOCIATES


/s/ - Jennifer H. Rosario
Jennifer H. Rosario
LEWIS BRISBOIS BISGAARD & SMITH

**ATTORNEYS FOR VINTAGE DRYWALL, INC.**


/s/ - Paul Cotter
Paul Cotter
DIEPENBROCK & COTTER, LLP

**ATTORNEYS FOR KODIAK ROOFING**


## **ORDER**

IT IS SO ORDERED.

Dated:  February 1, 2008


/s/  Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge

**STIPULATION AND ORDER REGARDING SCHEDULING ORDER – Page 3**   607745 v1 (01910.00023.000)

PDF created with pdfFactory trial version www.pdffactory.com