IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEC ENTERTAINMENT, INC.,<br><br>      Plaintiff,<br><br>      vs.<br><br>KOBRA PROPERTIES and<br>STONEGATE CONSTRUCTION,<br>INC.,<br><br>      Defendants.<br>_____/<br>AND RELATED THIRD PARTY ACTIONS<br>_____/ | No. CIV S-06-0639 JAM EFB<br><br><br><br><br><br><br><br>ORDER |

On August 29, 2008, defendant and third-party plaintiff Kobra Properties filed a motion to compel discovery, scheduled for hearing on October 1, 2008. *See* Docket Entry No. 97. However, after several extensions of the initial deadline, discovery closed in this case on July 31, 2008. *See* Docket Entry No. 87. Absent further extension of the discovery deadline by the district judge, this court cannot consider a discovery motion. The parties would first need to obtain from the district judge an order further modifying the pretrial scheduling order.

////

////

1

1  Accordingly, the motion filed August 29, 2008 is denied without prejudice, and the
2  October 1, 2008 hearing thereon is vacated from this court's calendar.
3  SO ORDERED.
4  DATED: September 8, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE