IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEC ENTERTAINMENT, INC., | § | CASE NO. 2:06-CV-00639-JAM-EFB |
| | § | |
| Plaintiff, | § | **FINAL ORDER OF DISMISSAL OF ALL CLAIMS** |
| | § | |
| KOBRA PROPERTIES and STONEGATE CONSTRUCTION, INC., | § | Judge: Hon. John A. Mendez |
| | § | |
| Defendants. | § | |

Before the Court is the Stipulation of Dismissal Of All Claims filed by CEC ENTERTAINMENT, INC. ("**CEC**"); KOBRA PROPERTIES ("**Kobra**"); STONEGATE CONSTRUCTION, INC. ("**Stonegate**"); PARKWAY CONSTRUCTION & ASSOCIATES, LP ("**Parkway**"); CUSTOM SPRAY SYSTEMS, INC. ("**Custom Spray**"); DWAYNE NASH INDUSTRIES, INC. d/b/a KODIAK ROOFING AND WATERPROOFING CO. ("**Kodiak**"); VINTAGE DRYWALL ("**Vintage**"); and STEVEN L. VICTOR ("**Trustee**"), the CHAPTER 11 TRUSTEE for the bankruptcy estate of KOBRA PROPERTIES (the Kobra bankruptcy estate shall be referred to herein as the "**Kobra Estate**"), on July 29, 2009.

Upon consideration of the foregoing, the Court finds that the parties, as well as the Trustee on behalf of the Kobra Estate, have entered into a Compromise, Settlement, and Release Agreement (the "**Settlement Agreement**") and that such Settlement Agreement has been approved by the United States Bankruptcy Court for the Eastern District of California – Sacramento Division, in the bankruptcy proceeding styled *In re: Kobra Properties, a California general partnership, et al.,* Case No. 08-37271-C-11. The Court enters the following order.

It is hereby ORDERED that all claims asserted by Kobra and Stonegate in their Amended Third-Party Complaint filed on June 22, 2007 are dismissed *with prejudice*.

It is hereby ORDERED that all claims asserted by Stonegate in its Amended Answer and Counterclaim filed on June 15, 2007 are dismissed *with prejudice*.

It is hereby ORDERED that all claims asserted by CEC against Stonegate in its Second Amended Complaint filed on June 1, 2007 are dismissed *with prejudice*.

It is hereby ORDERED that all claims asserted by CEC against Kobra in its Second Amended Complaint filed on June 1, 2007 are dismissed *with* prejudice.  Notwithstanding the foregoing sentence, such dismissal shall not in any way prejudice or preclude CEC from filing and prosecuting any claims reserved by CEC against Kobra and/or the Kobra Estate in paragraph 12(a) of the Settlement Agreement.

It is hereby ORDERED that all claims asserted by Kobra against CEC in its Amended Answer and Counterclaim filed on June 15, 2007 are dismissed *with prejudice*.  Notwithstanding the foregoing sentence, such dismissal shall not in any way prejudice or preclude Kobra and/or the Kobra Estate from filing and prosecuting any claims reserved by Kobra and/or the Kobra Estate against CEC in paragraph 12(b) of the Settlement Agreement.

It is hereby ORDERED that all parties shall bear their own costs and attorneys' fees.

It is hereby ORDERED that this Order disposes of the entire action.

IT IS SO ORDERD.

Dated July 29, 2009.                    /s/ John A. Mendez_____
                                        JOHN A. MENDEZ,
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

**APPROVED AS TO FORM:**


           /s/ Boyd A. Mouse
Michael A. Logan
Texas State Bar No. 12497500
Boyd A. Mouse
Texas State Bar No. 24003949
**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
Telephone:     214.777.4200
Facsimile:     214.777.4299
*Admitted Pro Hac Vice*

Jack A. Klauschie Jr.
California State Bar No. 94029
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 American River Drive
Sacramento, California  95864
Telephone:     916.978.3434
Facsimile:     916.978.3430


**ATTORNEYS FOR CEC ENTERTAINMENT INC.**


           /s/ Pat Markham
Pat Markham
California State Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
      8950 Cal Center Drive, Suite 210
Sacramento, California  95826
Telephone:     916.854.5969
Facsimile:     916.854.5965

**ATTORNEYS FOR STONEGATE CONSTRUCTION, INC. AND KOBRA PROPERTIES**

PDF created with pdfFactory trial version www.pdffactory.com

    /s/ Matt Giampaoli
Matt Giampaoli
California State Bar No. 138357
**LAMORE, BRAZIER, RIDDLE & GIAMPAOLI**
  1570 The Alameda, Suite 150
San Jose, CA  95126
Telephone: 408.280.6800
Facsimile: 408.275.6284

**ATTORNEYS FOR PARKWAY CONSTRUCTION & ASSOCIATES, LP**


    /s/ William K. Blakemore
William K. Blakemore
California State Bar No. 11757
Jennifer H. Carroll
California State Bar No. 146380
**DONAHUE BATES BLAKEMORE & MACKEY**
83 Scripps Drive, Suite 200
Sacramento, CA 95825
Telephone: 916.648-7444
Facsimile: 916.648-7447

**ATTORNEYS FOR CUSTOM SPRAY SYSTEMS, INC.**


    /s/ Paul Cotter
Paul Cotter
California State Bar No. 180685
Brian J. O'Connor
California State Bar No. 155159
**DIEPENBROCK & COTTER, LLP**
1545 River Park Drive, Suite 201
Sacramento, CA  95815
Telephone: 916.565.6222
Facsimile: 916.565.6220

**ATTORNEYS FOR KODIAK ROOFING AND WATERPROOFING CO.**

PDF created with pdfFactory trial version www.pdffactory.com

            /s/ Jordan A. Rodman
Jordan A. Rodman
California State Bar No. 173001
**DANIEL CROWLEY & ASSOCIATES**
37 Old Courthouse Square, Suite 200
Santa Rosa, CA  95404
Telephone:     707.525.8999
Facsimile:     707.542.4752

Brigitte M. Mayo
Jennifer H. Rosario
Lewis Brisbois Bisgaard & Smith
2850 Gateway Oaks Dr., Suite 450
Sacramento, CA  95833
Telephone:     916.564.5400
Facsimile:     916.564.5444

**ATTORNEYS FOR VINTAGE DRYWALL**


            /s/ Jason E. Rios
Donald W. Fitzgerald
California Bar No. 095348
Jason E. Rios
California Bar No. 190086
Joan S. Huh
California Bar No. 225724
**FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP**
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone:     916.329.7400
Facsimile:     916.329.7435

**ATTORNEYS FOR STEVEN L. VICTOR, CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF KOBRA PROPERTIES**